IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Carter, Charnessa | Case Number: 05 B 46022 |
| | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 10/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 26, 2007
Confirmed: November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,750.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,195.18 |
| Priority: | | 0.00 |
| Administrative: | | 2,294.00 |
| Trustee Fee: | | 250.85 |
| Other Funds: | | 9.97 |
| Totals: | 4,750.00 | 4,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,294.00 | 2,294.00 |
| 2. | Peoples Energy Corp | Unsecured | 821.93 | 0.00 |
| 3. | Nationwide Acceptance Corp | Unsecured | 897.08 | 440.11 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 3,606.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Unsecured | 2,458.43 | 1,206.10 |
| 6. | Century Liquidation | Unsecured | 100.60 | 44.06 |
| 7. | Resurgent Capital Services | Unsecured | 78.66 | 34.45 |
| 8. | Commonwealth Edison | Unsecured | 958.93 | 470.46 |
| 9. | CB USA | Unsecured | | No Claim Filed |
| 10. | Easy Pay Loan | Unsecured | | No Claim Filed |
| 11. | Direct Tv | Unsecured | | No Claim Filed |
| 12. | Encore | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Allied Interstate | Unsecured | | No Claim Filed |
| 15. | Fashion Bug | Unsecured | | No Claim Filed |
| 16. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 18. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Torres Credit | Unsecured | | No Claim Filed |
| 21. | PDI | Unsecured | | No Claim Filed |
| 22. | Sagen Telecom Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,215.63 | $ 4,489.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Carter, Charnessa

Printed:  6/17/08

Case Number:  05 B 46022
Judge:  Hollis, Pamela S
Filed:  10/7/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 65.48 |
| 5% | 19.73 |
| 4.8% | 37.82 |
| 5.4% | 127.82 |
|  | _____ |
|  | $ 250.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

